IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL OF CALIFORNIA

| | |
|---|---|
| ConsumerInfo.com, Inc., a California Corporation, | CASE NO. CV 06-0322 ODW (ANx) |
| Plaintiff, | [PROPOSED] PERMANENT INJUNCTION AND CONSENT JUDGMENT |
| v. | |
| Mighty Net, Inc., a California Corporation, | Trial Date:   August 7, 2007 |
| Defendant. | |

With the consent of plaintiff ConsumerInfo.com, Inc. ("ConsumerInfo") and defendant Mighty Net, Inc. ("Mighty Net"), and the approval of their respective counsel, the Court enters this Permanent Injunction and Consent Judgment ("Order") based on the following:

## RECITALS

1.    This Court has subject matter jurisdiction over this action and personal

1

[PROPOSED] PERMANENT INJUNCTION AND CONSENT JUDGMENT



1    jurisdiction over the parties.

2          2.      ConsumerInfo contends that it is the owner of the trademark

3    "freecreditreport.com" (the "CI Trademark"). ConsumerInfo first began using the

4    domain name "www.freecreditreport.com" and the Trademark on September 22,

5    1999.

6          3.      · Mighty Net contends that it is the owner of the trademark

7    "creditreport.com", (the "MN Trademark"). Mighty Net contends that it first began

8    using the MN Trademark and the domain name "www.creditreport.com" on or before

9    January 16, 1999.

10         4.      ConsumerInfo contends that it is the owner of certain specific trade dress

11   on its web site <www.freecreditreport.com>, which includes the overall look and feel

12   of nonfunctional aspects of that site. The trade dress claimed by ConsumerInfo

13   currently includes collectively the following:  a picture of an individual smiling

14   woman with blonde hair, immediately adjacent or above a three-box design,

15   containing a specific three-color scheme. A copy of ConsumerInfo's current website

16   containing its alleged trade dress, is attached hereto as Exhibit "1" and incorporated

17   herein by this reference.

18         5.      Mighty Net operates a series of Internet sites, including an Internet site

19   under the domain name <www.creditreport.com> (collectively, "Mighty Net Sites").

20   Mighty Net Sites currently use boxes and specific color scheme(s).  A screen shot of

21   one page from the current web site and/or landing page used by Mighty Net which

22   does not violate or infringe the CI Trademark and/or the trade dress of ConsumerInfo

23   is attached hereto as Exhibit "2" and incorporated herein by this reference.

24         6.      In January 2006, Mighty Net launched an Internet landing page

25   <www.free.creditreport.com>. ConsumerInfo contends that this Internet landing page

26   and other Mighty Net Sites infringed the CI Trademark by using

27   "free.creditreport.com".

28

---

[PROPOSED] PERMANENT INJUNCTION AND CONSENT JUDGMENT

Final Permanent Injunction and Consent Judgment



7.    ConsumerInfo also contends that the Internet site <www.free.creditreport.com> and other Mighty Net Sites, infringed ConsumerInfo's trade dress, including, but not limited to the three-box design, the three-color scheme, and the picture of an individual smiling woman with blonde hair.  A printout of a page from the <www.free.creditreport.com> site is attached hereto as Exhibit 3.

8.    Mighty Net did not seek, and ConsumerInfo did not grant, permission for Mighty Net to copy, use, reproduce, mimic, imitate, or otherwise exploit ConsumerInfo's Trademark or trade dress.

9.    ConsumerInfo contends that Mighty Net has used, copied, mimicked, imitated, or otherwise exploited ConsumerInfo's advertising.

 a.    By way of example only and not by way of limitation, ConsumerInfo ran an advertisement at Yahoo! Marketplace containing the text "What's your credit score 560? 678? 720? – See it $0."  Mighty Net then ran an advertisement on Yahoo! Marketplace containing the text "Know what your credit score is? – 720, 678, 540? Get yours now: $0."  A printout of ConsumerInfo's advertisement and Mighty Net's advertisement is attached hereto as Exhibit 4.

 b.    By way of example only and not by way of limitation, on August 1, 2007, ConsumerInfo ran an advertisement on the front page of Yahoo! containing the text "What's your credit score 560? 678? 720?  The average US credit score is 692.  See yours for $0.  By Experian."  Mighty Net ran an advertisement on the front page of Yahoo! at the same time containing the text "Do you know your credit score?  The average credit score is 675.  See yours today for

3

$0." A printout of Yahoo!'s front page on August 1, 2007, is attached hereto as Exhibit 5.

10.     ConsumerInfo contends that Mighty Net has used, copied, mimicked, imitated, referenced, or otherwise exploited the Experian National Score Index, which Experian Information Solutions, Inc. ("Experian") claims to own the intellectual property rights in and to, in the following manner:  On August 1, 2007, Mighty Net ran an advertisement on the front page of Yahoo! stating "The average credit score is 675."  The Experian National Score Index for the period immediately preceding Mighty Net's advertisement was "675."  A printout of Mighty Net's advertisement is attached here to as Exhibit 5.

11.     ConsumerInfo contends that, Mighty Net has falsely claimed on Mighty Net Sites that Experian, has authorized Mighty Net's services.  By way of example only and not by way of limitation, Mighty Net claimed on its Internet site <www.creditreport.com> that "CreditReport.com site is authorized by the three national bureaus to provide the public with access to any or all of their credit reports . . . . That's why we have the name CreditReport.com, and that's why Experian, Trans Union and Equifax have authorized us to provide you with access to your credit information."  A printout of Mighty Net's Internet site claiming Experian authorized Mighty Net's services is attached hereto as Exhibit 6.

12.     ConsumerInfo has agreed to settle and resolve the pending litigation, including but not limited to the alleged trademark and trade dress infringement claims asserted in the pending litigation and as referenced above, and any other claim of Experian arising out of any of the contentions set forth in the Recitals above against Mighty Net as of the date of the entry of this Permanent Injunction and Consent Judgment, on the express condition that Mighty Net agrees to entry of this Permanent Injunction and Consent Judgment and Mighty Net fully complies with the terms of the

4

Settlement Agreement dated August 6, 2007.

13.     Mighty Net has agreed to settle and resolve the pending litigation, including but not limited to the alleged trademark and trade dress infringement claims referenced above, and any other claim of ConsumerInfo and Experian arising out of any of the contentions set forth in the Recitals above as of the date of the entry of this Permanent Injunction and Consent Judgment, on the express condition that the pending litigation is dismissed with prejudice in its entirety, subject only to the court's inherent authority to enforce this Permanent Injunction and Consent Judgment and the execution, performance and enforcement of the Settlement Agreement dated August 6, 2007.

14.     Mighty Net denies the claims and contentions of ConsumerInfo and Experian as set forth above, including but not limited to the claims and contentions set forth in Paragraphs 2,4,7,9, 10 and 11.   However, in order to settle and resolve the claims and contentions of ConsumerInfo set forth in the pending litigation and as alleged above, Mighty Net consents to the entry of this Permanent Injunction and Consent Judgment as more particularly set forth below.

Accordingly, **IT IS ORDERED, ADJUDGED, AND DECREED** that:

A.     Mighty Net is permanently enjoined from copying, reproducing, mimicking, imitating, or otherwise exploiting the trademark, "freecreditreport.com" in any manner that is identical or confusingly similar to ConsumerInfo's Trademark "freecreditreport.com" at any time anywhere in any medium now known or later devised (including, but not limited to any Mighty Net Sites or any other site on the Internet or World Wide Web).

B.     Mighty Net is permanently enjoined from copying, reproducing, mimicking, imitating, or otherwise exploiting ConsumerInfo's trade dress, in any

 [PROPOSED] PERMANENT INJUNCTION AND CONSENT JUDGMENT

Final Permanent Injunction and Consent Judgment

manner that is identical or confusingly similar to ConsumerInfo's trade dress, as it now appears or as it may appear in the future, including, collectively, but not limited to, the following:  a picture of an individual smiling woman with blonde hair, immediately adjacent or above a three-box design, containing a specific three-color scheme, as more particularly set for on Exhibit "1", anywhere, in any medium now known or later devised (including, but not limited to any Mighty Net Sites or any other site on the Internet or World Wide Web).  Notwithstanding the foregoing, Mighty Net's web sites and landing pages contained in Exhibit "2" do not violate the terms of this Permanent Injunction and Consent Judgment and/or infringe the trade dress of ConsumerInfo.

C.    Mighty Net is permanently enjoined from copying, reproducing, mimicking or imitating, ConsumerInfo's advertising, in any manner that is identical or confusingly similar to ConsumerInfo's advertising, regardless of whether such advertising is protectable as copyrightable material, at any time anywhere in any medium now known or later devised (including, but not limited to any of Mighty Net's Sites or any other site on the Internet or World Wide Web).  The foregoing is not intended to prohibit Mighty Net from advertising its services or products, or using the MN Trademark in connection therewith, in any medium now known or hereinafter developed, including but not limited to advertising the "fact" that Mighty Net offers "free" credit reports, or credit reports for "$0", or "free" credit scores and related services and products to consumers.

D.    Mighty Net is permanently enjoined from copying, reproducing, mimicking or imitating, the Experian National Score Index in advertising of any sort. However, this does not prohibit Mighty Net from using any combination of three (3) digits, individually or collectively with any other combination of three digits (3) in its advertisements, to reference or refer to credit scores, provided that the combination of three (3) digits used by Mighty Net are not copied from Experian's National Score

6



Index, and further provided that Mighty Net does not copy Experian's numbers or use identical numbers used by ConsumerInfo in its advertisements.

E.     Mighty Net is permanently enjoined from stating, claiming, or otherwise specifically representing that ConsumerInfo or Experian, approved, consented, endorsed, certified, sanctioned, vouched for, accredited or otherwise authorized Mighty Net's services in any manner at any time anywhere in the United States in any medium now known or later devised (including, but not limited to any of Mighty Net's Sites or any other site on the Internet or World Wide Web), unless it becomes true in the future.  Mighty Net will delete the reference on its "about us" landing page that Experian authorized "creditreport.com" to give it access to provide consumers with access to their credit information.

F.     It is expressly understood and acknowledged that the use of the word "free" or similar terms, such as "no charge", or "$0" or "free of charge", in connection with Mighty Net's advertising or marketing, including but not limited to, on-line marketing or paid or sponsored search listings, or in which the word "free" is a feature in an advertisement or an offer from Mighty Net, in any medium now known or hereinafter developed, in and of itself does not violate the terms of this Permanent Injunction and Consent Judgment.  By way of example only, the phrase "Get your free credit report at creditreport.com", or "Free credit report available at creditreport.com", or "Free Credit Report" or "Free Credit Score" or "Free Credit Report Online", or words or phrases similar thereto, do not violate the terms of this Permanent Injunction and Consent Judgment.

G.     The provisions of this Order shall apply also to each of Mighty Net's officers, shareholders, directors, agents, employees, subsidiaries, successors, assigns, and to all persons in active concert or participation with them who receive actual notice of this Order.

H.     The use by Mighty Net of the MN Trademark is not prohibited, nor

7



[PROPOSED] PERMANENT INJUNCTION AND CONSENT JUDGMENT

Final Permanent Injunction and Consent Judgment

intended to be prohibited, by this Permanent Injunction and Consent Judgment and ConsumerInfo acknowledges that the MN Trademark does not infringe CI's Trademark or trade dress.

I.      ConsumerInfo may seek immediate specific performance of this Order by Application to this Court.  Any claim for damages as a result of a violation of this Order shall be settled by binding arbitration, in the county of Los Angeles, State of California, before JAMS, utilizing a single arbitrator, pursuant to the JAMS Commercial Arbitration Rules or the equivalent then in effect.  Unless the arbitrator determines otherwise, the parties agree to an expedited procedure as determined reasonable by the arbitrator for the hearing of any matter.

J.      The parties shall each bear their own attorneys fees and costs in connection with the pending litigation and the settlement thereof, and each Party waives its right to appeal from this Permanent Injunction and Consent Judgment.

**IT IS SO ORDERED**.

Dated: August _15_, 2007

The Honorable Otis D. Wright, II
United States District Court

[PROPOSED] PERMANENT INJUNCTION AND CONSENT JUDGMENT

Final Permanent Injunction and Consent Judgment



CONSENTED TO BY:

Dated: August _10_, 2007

CONSUMERINFO.COM, INC.

By: _Edward S Ojdana_

Its: _CEO_

Dated: August _10_, 2007

EXPERIAN INFORMATION SOLUTIONS, INC.

By: _____

Its: _Treasurer_

Dated: August _7_, 2007

MIGHTY NET, INC.

By: _____

Its: _CEO_

Approved as to Form:

RHONDA R. TROTTER (State Bar No. 169241)
rtrotter@kayescholer.com
THEODORE W. MAYA (State Bar No. 223242)
tmaya@kayescholer.com
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Tel:  (310) 788-1000
Fax:  (310) 788-1200

By: _____
Rhonda R. Trotter
Attorneys for Plaintiff, CONSUMERINFO.COM, INC.

9

[PROPOSED] PERMANENT INJUNCTION AND CONSENT JUDGMENT

Final Permanent Injunction and Consent Judgment

MARC E. HANKIN (State Bar No. 170505)
marc@hankinpatentlaw.com
HANKIN PATENT LAW
8383 Wilshire Boulevard, Suite 333
Beverly Hills, California 90211
Tel:   (310) 275-6946
Fax:   (310) 274-8643


By: _____
     Marc E. Hankin
Attorneys for Defendant, MIGHTY NET, INC.

[PROPOSED] PERMANENT INJUNCTION AND CONSENT JUDGMENT
Final Permanent Injunction and Consent Judgment

SCANNED



SCANNED



**CreditReport.com**

FAQ | Contact Us | Member Login

# Control your credit, protect your future

## Get Your FREE Credit Report + Credit Score
### IN SECONDS!

 

**Find peace of mind with your FREE Credit Report and Score!**

Stay protected with our state-of-the-art credit monitoring tools. Remember, monitoring your credit means improving your financial well-being. So live your life and let us guard your credit. It's that reassuring. For your protection, we must verify your identity before providing you a copy of your free credit reports.

**Free credit report offer details**

By ordering a free credit report, you will automatically be enrolled in a 30 day free trial of credit monitoring. You will receive automatic notifications of changes to your credit report. You will be billed $9.95 for each month that you continue your membership if you do not cancel your membership within the trial period. You may cancel anytime – there is no obligation.

**Did you know a winning credit score could potentially...**

- Lower your interest rates
- Get you instant loan approvals
- Reduce or eliminate required down payments

## Start leveraging your good credit score – or improving your less than perfect score... TODAY!

**Your Free Credit Report and Free Credit Score includes:**

- Unlimited access to your credit report and credit score for 60 days
- Automatic notifications of critical changes to your credit report, such as late payments
- Information that will help you find out who has reviewed your credit report and when
- A detailed personal analysis showing how to improve your score and what is actually affecting it

In today's instant approval world, it is essential for consumers to know where their credit stands and what it means.

So, what is a Credit Score?

What is a good or bad credit score?

How to improve your Credit Score

How to check your Credit Score

*Brought to you by the company that has been serving credit reports and credit scores to consumers via the internet since 1999*



Report Sample



Score Sample




HACKER SAFE
TESTED DAILY  06-AUG

© 1996-2007 Mighty Net, Inc. All rights reserved. CreditReport.com is a servicemark of Mighty Net, Inc.

  

SCANNED

**EXHIBIT 3**

95-1



C-000014

SCANNED

SCANNED

C-000202

107-1

# Yahoo Marketplace

Experian

Mighty Net

SCANNED

**Mighty Net**

**Experian**

SCANNED

Make Y! your home page | Get Internet Explorer 7

$599,000 loan for only $1,927/mo. No social security number required.

# YAHOO!®

My Yahoo! | My Mail

| Featured | Entertainment | Sports | Life |

Search:

Web | Images | Video | Local | Shopping | more ▾

— Web Search —

Page Options ▾

Hi, taradonegan

✉ Mail 1 New   ⚙ Messenger   A Local
Sign Out

Radio   Horoscopes

More Yahoo! Services

- Answers
- Autos
- Finance
- Games
- Geocities
- Groups
- HotJobs
- Maps
- Movies
- Music
- Personals UPDATED
- Real Estate
- Shopping
- Sports
- Tech
- Travel
- TV
- Yellow Pages
- Green NEW
- OMG NEW

More Yahoo! Services

**Small Business**
- Get a Web Site
- Domain Names
- Sell Online
- Search Ads

**Featured Services**
- Downloads
- Health
- Kids
- Mobile Web
- Photos
- Mail Plus
- Y! International

### In the News

As of 1:57 a.m. PDT

- Runsfeld denies cover up in Tillman death | Live Hearing
- Taliban says 21 remaining hostages are unharmed | Two killed
- Bush: Democrats close to deal on terrorism spying bill
- Romney, Homeland Security is one big bureaucracy | '08 race
- Woman charged with abuse in adoption scam | $2M fraud
- Mortgage applications in U.S. drop to five-month low
- Getty Museum to return 40 disputed antiquities to Italy

» More · News | Popular | Election '08

### Teacher to blast off

Teacher Barbara Morgan has waited 21 years for her chance to go to space » Challenger connection

- Photos, Morgan and Endeavor crew
- NASA rushes to fix shuttle problems

- After 21 years, teacher going to space
- Spears accused of threatening paparazzi

- Ditch credit card debt in five steps
- Cities with the unhealthiest commutes

» More Featured

Aug 1, 2007

### Marketplace

Compare car prices in your area
Yahoo! Autos lets you get quotes from multiple dealers near you. Get your car for your price today

### Stock Quotes

Markets Dow: +0.39% Nasdaq: -0.19% Sponsored by: Scottrade

[ Go ]

What's your credit score 560? 678? 730? By Experian

Current offers $425K for only $1,367/mo, $200K for $644/mo. Over 20 million people have used LendingTree®

Do you know your credit score? The average credit score is 675. See yours today for $0

### Pulse · What Yahoos Are Into

### Be a Better Web Wonder

Turn your home into a HotSp t

…Mobile: HotSp t …

Learn More Now · Ad Feedback

Get a domain for $1.99 1st yr
Search for your domain name

» Find out more

### Most Popular Candid Celebrity Photos

» More Celeb Photos

### Today's Top Searches

1. Bill Walsh
2. Leukemia Symptoms
3. Boston Celtics
4. Jenna Elfman
5. Washington D C Hotels
6. Indiana Jones 4
7. Steak Salad
8. Shakira Ranks
9. Heals on Wheels
10. Birthday Ecards

Weather 82°F

Beckham's Dinner Date
Watch Your Step Britney
Paris and Cinderella
Zac Goes Shopping
Ginger Spice Works Out
Matt Gets a Star

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 1999 Avenue of the Stars, Suite 1700, Los Angeles, California 90067.

On August 14, 2007, I served the following document described as **[PROPOSED] PERMANENT INJUNCTION AND CONSENT JUDGMENT** by placing a true copy of the above entitled document in a sealed envelope addressed as follows:

Marc E. Hankin
HANKIN PATENT LAW
A Professional Corporation
8383 Wilshire Boulevard, Suite 333
Beverly Hills, California 90211
Telephone:  (323) 801-0260
Facsimile:  (323) 801-0266


____ by **FACSIMILE**

_X__ by **U.S. MAIL** (I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.)

____ by **FEDERAL EXPRESS** (causing such envelope to be delivered to the office of the addressee by overnight delivery via Federal Express or by other similar overnight delivery service.)

____ by **PERSONAL SERVICE**
    ____ by personally delivering such envelope to the addressee.
    ____ by causing such envelope to be delivered by messenger to the office of the addressee.

23209845 WPD

1  ____ (State)  I declare under penalty of perjury under the laws of the State of
2  California that the above is true and correct.

3  _X_ (Federal)  I declare that I am employed in the office of a member of the bar of
4  this court at whose direction the service was made.

5  Executed on August 14, 2007, at Los Angeles, California.

6

7  _Deborah G. Clow_____          *Deborah G. Clow*
8  Name                                        Signature

KAYE SCHOLER LLP

2

23209845.WPD